Exhibit A
# The MFS family of funds
The MFS family of funds is comprised of more than 50 portfolios that offer domestic and international equity and fixed-income investments.

Massachusetts Investors Growth Stock Fund* MFS® Limited Maturity Fund*
Massachusetts Investors Trust* MFS® Managed Sectors Fund
MFS® Aggressive Growth Allocation Fund* MFS® Mid Cap Growth Fund*
MFS® Bond Fund* MFS® Mid Cap Value Fund*
MFS® Capital Opportunities Fund* MFS® Moderate Allocation Fund*
MFS® Cash Reserve Fund MFS® Money Market Fund*
MFS® Conservative Allocation Fund* MFS® Municipal Bond Fund
MFS® Core Growth Fund MFS® Municipal High Income Fund
MFS® Emerging Growth Fund* MFS® Municipal Income Fund
MFS® Emerging Opportunities Fund MFS® Municipal Limited Maturity Fund
MFS® European Equity Fund MFS® New Discovery Fund*
MFS® Fundamental Growth Fund MFS® New Endeavor Fund
MFS® Gemini U.K. Fund MFS® Research Bond Fund*
MFS® Global Value Fund MFS® Research Bond Fund J
MFS® Government Limited Maturity Fund MFS® Research Fund*
MFS® Government Money Market Fund MFS® Research Growth And Income Fund
MFS® Government Mortgage Fund MFS® Strategic Growth Fund*
MFS® Government Securities Fund* MFS® Strategic Income Fund
MFS® Growth Allocation Fund* MFS® Strategic Value Fund
MFS® Growth Opportunities Fund MFS® Tax Managed Equity Fund
MFS® High Income Fund* MFS® Technology Fund
MFS® High Yield Opportunities Fund MFS® Total Return Fund*
MFS® Inflation-Adjusted Bond Fund MFS® Union Standard Equity Fund
MFS® Intermediate Investment Grade Bond Fund* MFS® Utilities Fund
MFS® International Core Equity Fund MFS® Value Fund*
MFS® International Strategic Growth Fund Vertexsm International Fund
MFS® International Strategic Value Fund MFS® Municipal State Funds:
MFS® Japan Equity Fund Al, Ar, Ca, Fl, Ga, Md, Ma, Ms, Ny,
MFS® Large Cap Growth Fund Nc, Pa, Sc, Tn, Va, Wv