UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ORDER OF RECUSAL

YOUNG, C.J.                                         March 4, 2004

The presiding judge recuses himself from participation in the following case upon the ground that the law firm of which he was once a partner and upon which he relies for personal legal advice represents a party in this action.

CA 04-10434 HUTTO vs Mass. Financial Serices Co., et al

WILLIAM G. YOUNG
UNITED STATES DISTRICT JUDGE

By the Court,

/s/ Marie Bell
Deputy Clerk