UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIANE HUTTO, Derivatively on Behalf of the MFS EMERGING GROWTH FUND, MASSACHUSETTS INVESTORS GROWTH STOCK FUND, MASSACHUSETTS INVESTORS TRUST and the "MFS FUNDS," <br><br> Plaintiff, <br> v. <br><br> MASSACHUSETTS FINANCIAL SERVICES COMPANY, et al., <br><br> Defendants <br> and <br><br> MFS EMERGING GROWTH FUND, et al., <br><br> Nominal Defendants | No. 04-10434-NG |

## NOTICE OF APPEARANCE

Please enter the appearance of Jeffrey B. Rudman, William H. Paine, and Jonathan A. Shapiro, Hale and Dorr LLP, on behalf of defendants Massachusetts Financial Services Company and Sun Life Financial Inc.

Respectfully Submitted,

MASSACHUSETTS FINANCIAL
SERVICES COMPANY and SUN LIFE
FINANCIAL INC.,

By their attorneys,

/s/ Jonathan A. Shapiro
Jeffrey B. Rudman (BBO #433380)
William H. Paine (BBO #550506)
Jonathan A. Shapiro (BBO #567838)

BOSTON 1883694v1

-2-

Hale and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6000

April 6, 2004

-3-

CERTIFICATE OF SERVICE

I, Jonathan A. Shapiro, hereby certify that I caused a copy of this document to be served by either electronic mail or overnight mail to:

| | |
|---|---|
| Steven J. Brooks<br>Robert D. Hillman<br>Deutsch, Williams, Brooks, DeRensis,<br>& Holland, P.C.<br>99 Summer Street, 13th Floor<br>Boston, MA  02110-1213 | Daniel W. Krasner<br>Robert Adams<br>Christopher S. Hinton<br>Demet Basar<br>Mark C. Rifkin<br>Wolf Haldenstein Adler Freeman & Herz LLP<br>270 Madison Avenue<br>New York, NY 10016 |
| John D. Donovan, Jr.<br>Jane Willis<br>Carisa Kleymeyer<br>Ropes & Gray<br>One International Place<br>Boston, MA 02110-2624 | Martin D. Chitwood<br>Lauren Antonino<br>Chitwood & Harley, LLP<br>1230 Peachtree Street, NE<br>Promenade II, Suite 2300<br>Atlanta, GA 30309 |

/s/ Jonathan A. Shapiro _____
Jonathan A. Shapiro

Dated:  April 6, 2004