UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                       )
DIANE HUTTO,                           )
  derivatively on behalf of the MFS    )
  EMERGING GROWTH FUND,                )
  MASSACHUSETTS INVESTORS              )
  GROWTH STOCK FUND,                   )
  MASSACHUSETTS INVESTORS              )
  TRUST and the "MFS FUNDS"            )
                                       )
        v.                             )   No. 04-10434-NG
                                       )
MASSACHUSETTS FINANCIAL                )
  SERVICES COMPANY, ET AL.,            )
                                       )
_____)

**STIPULATION AND ORDER TO EXTEND
TIME TO RESPOND TO COMPLAINT**

Plaintiff and defendants, by their undersigned counsel, hereby stipulate and agree that the time within which defendants may answer, move, or otherwise respond to the complaint in this action shall be governed by any scheduling order(s) imposed by the U.S. District Court for the District of Maryland in In re Mutual Funds Investment Litigation MDL 04-1586.

On March 17, 2004, pursuant to Rule 7.5(e) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, defendants filed a notice identifying this case as a tag-along action to those already consolidated by the Judicial Panel in In re Mutual Funds Investment Litigation No. 04-1586. An order conditionally transferring this action to the District of Maryland for consolidation with the cases already transferred is likely forthcoming. The parties, therefore, agree that the time by which defendants may answer, move, or otherwise respond to

the complaint in this action will be governed by the scheduling order of the U.S. District Court for the District of Maryland, the transferee court.

Plaintiff and defendants respectfully request that the Court approve their stipulation.

| Respectfully submitted,<br><br>DIANE HUTTO,<br>derivatively on behalf of the MFS Emerging Growth Fund, Massachusetts Investors Growth Stock Fund, Massachusetts Investors Trust, and the "MFS Funds" | Respectfully submitted,<br><br>MASSACHUSETTS FINANCIAL SERVICES COMPANY, SUN LIFE FINANCIAL, INC. |
|---|---|
| By their attorneys,<br><br>DEUTSCH WILLIAMS BROOKS<br>  DERENSIS & HOLLAND, P.C.<br><br>By_/s/ Jonathan A. Shapiro/ by permission<br>Steven J. Brooks<br>Robert D. Hillman<br>Deutsch Williams Brooks Derensis & Holland, P.C.<br>99 Summer Street<br>Boston, MA  02110<br>(617) 951-2300 | By their attorneys,<br><br>HALE AND DORR LLP<br><br>By: /s/ Jonathan A. Shapiro_____<br>Jeffrey B. Rudman (BBO #433380)<br>William H. Paine (BBO #550506)<br>Jonathan A. Shapiro (BBO #567838)<br>Hale and Dorr LLP<br>60 State Street<br>Boston, MA  02109<br>(617)  526-6000 |

BOSTON 1909875v1

| | |
|---|---|
| WOLF HALDENSEIN ADLER FREEMAN & HERZ LLP<br>Daniel W. Krasner<br>Mark C. Rifkin<br>Demet Basar<br>Robert Abrams<br>Christopher S. Hinton<br>270 Madison Avenue<br>New York, NY  10016<br>(212) 545-4600<br><br>CHITWOOD & HARLEY, LLP<br>Martin D. Chitwood<br>Lauren S. Antonio<br>1230 Peachtree Street, NE<br>Promenade II, Suite 2300<br>Atlanta, Georgia 30309<br>(404)873-3900 | JEFFREY L. SHAMES,<br><br>By his attorneys,<br><br>GOODWIN PROCTER LLP<br><br><br>By: /s/ Jonathan A. Shapiro/ by permission<br>James C. Rehnquist (BBO #552602)<br>Abigail K. Hemani (BBO #650721)<br>Goodwin Procter LLP<br>Exchange Place<br>53 State Street<br>Boston, MA  02109<br>(617)  570-1000 |
| | JOHN W. BALLEN<br><br>By his attorneys,<br><br>TESTA, HURWITZ & THIBEAULT, LLP<br><br>By: /s/ Jonathan A. Shapiro/ by permission<br>John F. Falvey, Jr.<br>Dean J. Dipilato<br>Kara A. Millonzi<br>Testa, Hurwitz & Thibeault, LLP<br>125 High Street<br>Boston, MA  02110<br>(617)  248-7100 |
| | KEVIN PARKE<br><br>By his attorneys,<br><br>NIXON PEABODY LLP<br><br>By: /s/ Jonathan A. Shapiro/ by permission<br>George J. Skelly<br>David M. Ryan<br>Nixon Peabody LLP<br>101 Federal Street<br>Boston, MA  02100<br>(617)  345-1300 |

3

|  | LAWRENCE H. COHN, WILLIAM R. GUTOW, J. ATWOOD IVES, ABBY M. O'NEILL, LAWRENCE T. PERERA, WILLIAM J. POORVU, J. DALE SHERRATT, ELAINE R. SMITH, WARD SMITH,<br>and<br>MFS EMERGING GROWTH FUND, MASSACHUSETTS INVESTORS GROWTH STOCK FUND, MASSACHUSETTS INVESTORS TRUST and the "MFS FUNDS"<br><br>By their attorneys,<br><br>ROPES & GRAY LLP<br><br>By: /s/ Jonathan A. Shapiro/ by permission<br>John D. Donovan<br>Jane E. Willis<br>Carisa A. Kleymeyer<br>Ropes & Gray LLP<br>One International Place<br>Boston, MA  02110<br>(617)  951-7000 |
|---|---|

SO ORDERD:

Dated:_____          _____
                                                                             Nancy Gertner
                                                                             United States District Judge

## CERTIFICATE OF SERVICE

I, Jonathan A. Shapiro, hereby certify that I caused a copy of this document to be served by either electronic mail or overnight mail to:

Steven J. Brooks
Robert D. Hillman
Deutsch Williams Brooks Derensis &
Holland, P.C.
99 Summer Street
Boston, MA  02110

James C. Rehnquist
Abigail K. Hemani
Goodwin Procter LLP
Exchange Place
53 State Street
Boston, MA  02109


John F. Falvey, Jr.
Dean J. Dipilato
Kara A. Millonzi
Testa, Hurwitz & Thibeault, LLP
125 High Street
Boston, MA  02110

George J. Skelly
David M. Ryan
Nixon Peabody LLP
101 Federal Street
Boston, MA  02100

John D. Donovan
Jane E. Willis
Carisa A. Kleymeyer
Ropes & Gray LLP
One International Place
Boston, MA  02110


                                               /s/ Jonathan A. Shapiro_____
                                               Jonathan A. Shapiro

Dated:  May 14, 2004

BOSTON 1909875v1